The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

March 16, 2021

**Via ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Ruiz v. Truffa Pizzeria & Wine Room Corp. et al.*
       20-cv-08645 (LJL)

Dear Judge Liman:

This office represents Plaintiff Sandy Ruiz ("Ruiz" or "Plaintiff") in the above captioned matter. Plaintiff, together with Defendants Truffa Pizzeria & Wine Room Corp. d/b/a Cocina Chente Mexican Cuisine ("Cocina Chente") and Moises Lopez Sr. ("M. Lopez"), Roma Lopez ("R. Lopez") and Juan Rosario (Rosario), individually (collectively "Defendants"), requests that the Court approve the signed settlement reached in this matter. A copy of the settlement agreement is annexed hereto as Exhibit A.

**Overview**

Cocina Chente is a Mexican restaurant located in Bronx County, NY. Cocina Chente is owned and operated by Defendants M. Lopez, R. Lopez and Rosario. Plaintiff worked at Cocina Chente as a cook from July 2017 through April 2020.

The parties dispute the number of hours Plaintiff worked each week and his rate of pay. The parties also disputed whether Plaintiff's salary encompassed all hours worked. Plaintiff alleges that he was not compensated at one and one-half times the regular hourly rate of pay for his overtime hours worked as required by the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL").

In contrast, Defendants claim that Plaintiff was always paid in compliance with the FLSA and NYLL. Defendants provided documentary evidence in support of their position.

Plaintiff believes that he could recover approximately $57,193.33 in unpaid minimum wages, overtime wages, liquidated damages, pre-judgment interest and notice damages under the FLSA and NYLL, respectively.

## Summary of Plaintiff's Damages

The following is written through the eyes of Plaintiff and does not reflect Defendants' position.

A spreadsheet calculating Plaintiff's damages (as if Plaintiff was paid for all hours worked at straight time) is annexed hereto as Exhibit B. When Plaintiff began working for Defendants in July 2017, he was paid a daily wage of $100 and generally worked between 5 and 6 days per week. Beginning in January 2018, Plaintiff was paid a flat weekly wage of $650. Shortly thereafter in February 2018, his weekly salary was increased to $680. In October 2018, his pay was increased to $700 per week and in November 2019, it increased to $800 per week. Plaintiff's weekly wage had increased regularly and his schedule had remained unchanged until March 2020 when, due to the COVID-19 pandemic, he was paid a daily wage of $80. Throughout his employment at Cocina Chente, Plaintiff was paid in cash.

Based on these calculations, Plaintiff is owed $7,038.07 in unpaid minimum wages and $16,510.26 in unpaid overtime wages. Plaintiff is also entitled to an additional 23,548.33 in liquidated damages and $96.66 in pre-judgment interest.

Plaintiff was not provided wage notices or wage statements in accordance with NYLL, Article 6 § 195(l) and § 195(3). Thus, Plaintiff is entitled to damages of $5,000.00 for each of these infractions under NYLL, Article 6, § 198, for a total of $10,000.00.

Plaintiff is also entitled to recover attorneys' fees and expenses in accordance with the FLSA and NYLL.

As previously stated, Defendants contest the hours worked by Plaintiff and his regular rate of pay. It is their position that to the extent that Plaintiff worked any overtime, he was always paid time and one half.

## History of Lawsuit

On October 16, 2020, Plaintiff commenced this action against Defendants. Plaintiff sued on behalf of himself and others similarly situated for unpaid overtime compensation under the FLSA and NYLL, and for failure to provide annual wage notices or wage statements under NYLL.

On January 11, 2021, Plaintiff's counsel filed a motion for conditional certification and in response, Defendants' counsel filed a motion in opposition to certification on February 8, 2021. On February 15, 2021, Your Honor granted Plaintiff's motion for conditional certification.

Initially, Defendants took a tough negotiation position. However, once the motion for conditional certification was approved, the parties were able to settle shortly thereafter. On February 23, 2021, the parties informed the Court that they had reached a settlement in principle.

## Fairness and Reasonableness of the Settlement

The settlement sum is $35,000.00, with an initial payout of $7,000.00 and the remaining $28,000.00 paid in 5 monthly installments. The settlement agreement provides that the total settlement amount will be allocated as follows: Plaintiff will receive $22,933.33 and counsel will receive $12,066.67. Plaintiff incurred the following expenses in this matter: $400 filing fee and $200 in service costs. Plaintiff's counsel deducted those costs from the total settlement agreement and then reimbursed his office after the remaining settlement monies was divided 2/3 for Plaintiff and 1/3 for Plaintiff's counsel. This means Plaintiff, after attorney fees and expenses, will receive close to all of his minimum wages and overtime wages that he believes that he is owed.

The payout is reasonable to both parties when considering the potentially prolonged nature of an FLSA lawsuit. Furthermore, Defendants provided financial records attesting to the fact that they, like many restaurants, have taken a huge financial hit due to Covid-19. The gradual payout provided by this settlement agreement will ease the burden of further financial strain on Defendants and is therefore a reasonable compromise.

In addition, a bona fide dispute exists with respect to wages owed. Defendants provided documentation in support of their position that Plaintiff was paid for all wages worked. Counsel for the parties herein discussed these issues at length in a series of telephone calls and email exchanges and all agreed that in light of this bona fide dispute about the extent of damages, settlement would bring both sides certainty and a quick resolution.

Under *Cheeks* and its progeny, a court should consider the totality of the circumstances, including but not limited to the below factors, in determining whether a proposed settlement is fair and reasonable:

> (1) the plaintiff's range of possible recovery; (2) the extent to which 'the settlement will enable the parties to avoid anticipated burdens and expenses in establishing their respective claims and defenses'; (3) the seriousness of the litigation risks faced by the parties; (4) whether 'the settlement agreement is the product of arm's-length bargaining between experienced counsel'; and (5) the possibility of fraud or collusion. *Beckert v. Ronirubinov*, No. 15 CIV. 1951 (PAE), 2015 WL 8773460, at *1 (S.D.N.Y. Dec. 14, 2015) (*citing Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012)).

In this case, as a preliminary matter, the "agreement is the product of arm's length bargaining between experienced counsel" and involves no "possibility of fraud or collusion." Id. As previously mentioned, for the range of recovery, Plaintiff will receive approximately the total sum of his unpaid minimum wages and overtime wages. Defendants argued that Plaintiff's total payment reflected his regular rate of pay plus overtime pay at one and one-half times his regular rate of pay. Thus, if a trier of fact found that Plaintiff was paid for all hours worked, Plaintiff risked going to trial and obtaining nothing. Thus, this settlement is a reasonable compromise.

This settlement enables the parties to "avoid both the anticipated burdens and expenses in establishing their respective claims and defenses." Id. This settlement will spare Defendants additional legal fees and expenses, prevent the further accrual of Plaintiff's attorneys' fees, and relieve Defendants of the burden of further defending a federal court action.

The parties jointly represent to the Court that the settlement agreement is fair to Plaintiff, reasonably resolves bona fide disagreements between the parties about the merits of Plaintiff's claims, and demonstrates a good faith intention by Plaintiff and Defendants that their claims for liability and damages be fully and finally resolved and not re-litigated in the future.

## Work Performed by Plaintiff's Counsel

Plaintiff's counsel will receive one-third of the settlement amount after expenses. The expenses in this matter included the filing fee ($400) and service on Defendants ($150). We respectfully submit the allocation of 33.33% for Plaintiff's counsel should be approved. See Rangel v. 639 Grant St. Meat & Produce Corp., 2013 U.S. Dist. LEXIS 134207, at *4 (E.D.N.Y. Sept. 19, 2013) (Judge Bloom awarding plaintiff's counsel one-third of the settlement amount, plus costs); see also, Vidal v. Eager Corp., 2018 U.S. Dist. LEXIS 42113, at *4-5 (E.D.N.Y. March 13, 2018); see also, Central States Se. & Sw. Areas Health & Welfare Fund v. Merck-Medco Managed Care, LLC, 50 F.3d 229, 239 (2d Cir. 2007); Chavarria v. N.Y. Airport Serv., LLC, 875 F. Supp.2d 2d 164, 178 (E.D.N.Y. June 25, 2012) (awarding fees in the amount of one-third of the total settlement); Reyes v. Buddha-Bar NYC, 2009 U.S. Dist. LEXIS 45277, at *14 (S.D.N.Y. May 29, 2009) (awarding fees in the amount of 33% of the total settlement).

The Law Offices of Jacob Aronauer spent a total of 45.63 hours litigating this case. Mr. Aronauer spent 23.70 hours and Mr. Aronauer's paralegals spent a total of 21.93 hours. Plaintiff's contemporaneous time records amount to $12,729.50 (not inclusive of fees and expenses). Plaintiff's counsel seeks attorneys' fees in the amount of $12,729.50. This amount constitutes a lodestar of .94. This is a reasonable lodestar amount. See Fujiwara v. Sushi Yasuda Ltd., 58 F. Supp.3d 424, 439 (S.D.N.Y. 2014) (Honorable William H. Pauley III concluded that a "multiplier near 2 should, in most cases, be sufficient compensation for the risk associated with contingent fees in FLSA cases.").

Plaintiff's counsel performed critical work. Plaintiff's counsel met with Plaintiff on multiple occasions and diligently researched the corporate Defendants' business, as well as the overall strength of Plaintiff's claims. In addition to drafting the initial complaint and performing damages calculations, Plaintiff's counsel reviewed documents provided by Defendants in support of their contentions that Plaintiff was paid for all hours worked. . Plaintiff's counsel also successfully won the motion for conditional certification. As noted earlier, shortly after the Court granted Plaintiff's motion, the case settled.

## Attorneys' Fees and Counsel's Qualifications

Jacob Aronauer is the managing partner of The Law Offices of Jacob Aronauer. Mr. Aronauer has been practicing law since 2005 and started his own firm in 2013. Since

he started his own law firm, Mr. Aronauer's practice has primarily focused on wage and hour law. From 2018-2020, Mr. Aronauer was voted a "Rising Star" in the New York area by Super Lawyers. Paralegals in this case employed by Mr. Aronauer's firm charged $150 per hour. Jacob Aronauer has litigated over 100 wage and hour cases over the past eight years.

Mr. Aronauer's hourly rate is $400 an hour. Mr. Aronauer's requested hourly rate of $400 an hour was approved by Judge Liman in Salas v. 124 Street Market, Inc. et al., 19-cv-11007 (LJL), dkt 59.. This is a competitive rate in relation to what similarly situated attorneys charge. Paralegals in this case charged $150 per hour. This paralegal rate was likewise approved in *Salas*. Id.

## Conclusion

Court approval of an FLSA settlement is appropriate "when [the settlement] [is] reached as a result of contested litigation to resolve bona fide disputes." *Johnson v. Brennan,* No. 10-cv-471, 2011 WL 4357376, at *12 (S.D.N.Y. Sept. 16, 2011). "If the proposed settlement reflects a reasonable compromise over contested issues, the court should approve the settlement." Id. (citing *Lynn's Food Stores, Inc. v. United States*, 679, F.2d 1350, 1353 n. 8 (11th Cir. 1982)).

Given the disputation of facts regarding Plaintiff's hours worked and rates of pay and the desire of all parties involved to avoid the burden of additional costs and expenses, the settlement represents a reasonable compromise with respect to contested issues. We jointly request the settlement agreement's approval. *See Reyes v. Altamarea Group, LLC*, 10-cv-6451 (RLE), 2011 WL 4599822 at *6 (S.D.N.Y. Aug. 16, 2011) (Ellis, M.J.).

Respectfully submitted,

*/s Jacob Aronauer*
Jacob Aronauer
*Attorney for Plaintiff*

cc: **Via ECF**
    *All attorneys on record*

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Sandy Ruiz, on behalf of himself
and all others similarly situated,

Plaintiff,

v.

Truffa Pizzeria & Wine Room Corp. D/B/A
Cocina Chente Mexican Cuisine, and Moise
Lopez Sr., Roma Lopez, and Juan Rosario,
individually

Defendants,

Case No: 1:20-cv-08645-LJL

**SETTLEMENT AGREEMENT**
**AND RELEASE**

This Settlement Agreement is entered into by and among, Sandy Ruiz (hereinafter "Plaintiff") on the one hand, Truffa Pizzeria & Wine Room Corp. D/B/A Cocina Chente Mexican Cuisine, and Moises Lopez Sr., Roma Lopez, and Juan Rosario (hereinafter, "Defendants"), (Plaintiff and Defendants, collectively, "the Parties") on the other hand.

WHEREAS, Plaintiff alleges that he worked for Defendants as an employee; and

WHEREAS, on October 16, 2020, Plaintiff Sandy Ruiz, through his attorneys, The Law Offices of Jacob Aronauer, filed the above-captioned lawsuit against Defendants in the United States District Court for the Southern District of New York (the "Court") alleging claims under the Fair Labor Standards Act ("FLSA) and the New York Labor Law (the "NYLL"), Civil Action No. 1:20-cv-08645-LJL (the "Complaint"); and

WHEREAS, Defendants deny all claims in Plaintiff's Complaint;

WHEREAS, the Parties have determined it to be in their mutual interest to settle the Action and all matters between them; and

WHEREAS, the Parties desire to have no further obligation to each other, except as specifically provided herein; and

WHEREAS, Plaintiff has, throughout the negotiation and execution of this Agreement, been represented by his Counsel, Jacob Aronauer, Esq., The Law Offices of Jacob Aronauer, 225 Broadway, 3rd Floor, New York, NY 10007, Tel: 212-323-6980; and

WHEREAS, Defendants have, throughout the negotiation and execution of this Agreement, been represented by their Counsel, Jian Hang, Esq. and Diana Y. Seo, Esq., Hang & Associates, PLLC, 136-20 38th Avenue, Suite 10G, Flushing, NY 11354, Tel: 718-353-6288;

WHEREAS, Plaintiff's Counsel and Defendants' Counsel have reached a settlement acceptable to the Parties which constitutes a reasonable compromise of Plaintiff's claims and Defendants' defenses; and

1 of 11

WHEREAS, Plaintiff's Counsel and Defendants' Counsel have reached a settlement acceptable to the Parties which constitutes a reasonable compromise of Plaintiff's claims and Defendants' defenses (the "Agreement"); and

WHEREAS, Plaintiff acknowledges that he has entered into this Agreement freely and voluntarily, without threats or coercion of any kind by anyone; and

WHEREAS, Plaintiff acknowledges that he understands the meaning and effect of the execution of this Agreement.

THEREFORE, for good and valuable consideration, the sufficiency of which is acknowledged hereby, and in consideration of the mutual covenants and undertakings set forth herein, the Parties agree as follows:

## 1.  **Settlement Amount**

In exchange for and in consideration of the covenants and promises contained herein, including Plaintiff's specific release of all wage-and-hour claims only against Defendants and the Releasees (as defined herein) as set forth in Paragraph 6 below, Defendants will provide Plaintiff with a settlement in the amount of Thirty-Five Thousand Dollars and No Cents ($35,000.00) ("Settlement Amount"), apportioned as follows:

a) $22,933.33 to Plaintiff; and

b) $12,066.67 to The Law Offices of Jacob Aronauer as attorney's fees and costs.

## 2.  **Settlement Payment Schedule**

The Settlement shall be payable on a schedule as set forth as follows:

a) <u>Installment One (1):</u> Seven Thousand Dollars and No Cents ($7,000.00) shall be mailed or hand delivered to The Law Offices of Jacob Aronauer, 225 Broadway, Suite 307, New York, NY 10007 within fourteen (14) days of judicial approval of this settlement agreement pursuant to <u>Cheeks v. Freeport Pancake House, Inc.,</u> 796 F.3d 199 (2d Cir. 2015), and consist of two (2) checks:

> 01) One bank check made payable to Sandy Ruiz in the gross amount of $4,666.68 payable by 1099; and

> 02) One check made payable to The Law Offices of Jacob Aronauer in the amount of $2,333.32 payable by 1099.

b) <u>Installment Two (2) through Six (6):</u> Defendants are to deliver five (5) equal monthly payments, each in the gross amount of $5,600.00; each to be delivered on the first day of each successive month after the first installment, on a month-to-month basis, for five (5) consecutive months. Each of the five monthly installment payments shall be broken down as follows:

> 01) One bank check made payable to Sandy Ruiz in the gross amount of $3,653.33 payable by 1099; and

> 02) One check made payable to The Law Offices of Jacob Aronauer in the amount of $1,946.67 payable by 1099.

2 of 11

### 3.  Confession of Judgment

a) Concurrent with the signing of this Agreement , Roma Lopez, on behalf of himself and Truffa Pizzeria & Wine Room Corp. D/B/A Cocina Chente Mexican Cuisine sign a Confession of Judgment in the form annexed hereto as Exhibits B and C in the amount of Fifty-Two Thousand and Five Hundred Dollars ($52,500) which Plaintiff is authorized to file with the court only if Defendants fail to honor their obligations set forth herein after Notice and Opportunity to Cure.

b) In the event that Defendants fail to cure as set forth in paragraph 3(a), Plaintiff shall also be entitled to reasonable attorney fees with respect to the enforcement of the settlement agreement against Defendants Moises Lopez and Roma Lopez.

c) Upon receipt of the final installment from Defendants, Plaintiff's Counsel shall destroy the Confession of Judgment and confirm destruction of same to Defendants' Counsel.

### 4.  Notice  and Opportunity to Cure

a) If Defendants fail to make timely the payment described above, or if the payment check fails to clear (i.e. bounces), except through no fault of Defendants, Plaintiff's Counsel shall provide a notice to cure to Defendants by email to their Counsel: Diana Y. Seo, Esq. dseo@hanglaw.com and Jian Hang, Esq. jhang@hanglaw.com. Defendants shall cure the default within fourteen (14) days from and including the date on which the notice was received.  If the default is not cured within the fourteen (14) day period, all remaining unpaid payment specified in above will become due immediately, plus any reasonable attorneys' fees and costs Plaintiff incur in enforcing the Agreement, less any payments that were made under this Agreement.

### 5.  Taxes

Each payer of a payment under this Agreement and each recipient of a payment under this Agreement will be responsible for all taxes that he/she is legally responsible to pay as a result of this Agreement.

### 6.  Wage and Hour Release by Plaintiff

a) In exchange for and in consideration of the covenants and promises contained herein, Plaintiff, individually and on behalf of his assigns, spouse, agents, heirs, executors, administrators, beneficiaries, trustees and legal representatives, with respect solely and only to conduct that has arisen on, or prior to, the date this Agreement is executed, fully and forever releases, relieves, waives, relinquishes, and discharges (i) Truffa Pizzeria & Wine Room Corp. D/B/A Cocina Chente Mexican Cuisine and its current and former parents, subsidiaries, divisions, branches, and assigns and affiliated and related companies or entities, and its predecessors, successors, insurers, employee benefit plans, and present and former directors, officers, partners, shareholders, fiduciaries, representatives, agents, attorneys and employees; (ii) Moises Lopez Sr., in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (iii) Roma Lopez, in her individual and corporate capacities, and her heirs, executors, administrators,

attorneys, successors and assigns; and, (iv) Juan Rosario, in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns (collectively referred to as "Releasees"); from any claims alleged in the Complaint <u>ONLY,</u> including, but not limited to, any and all wage and hour claims arising under the Fair Labor Standards Act, the New York Labor Law, and the Wage Theft Prevention Act, as well as claims for overtime, commissions, unpaid wages, whether based on common law or otherwise, and all claims for improper deductions, travel time, spread of hours pay, bonuses, expenses, reimbursements, gratuities, tip credits, tip allowances, service charges and retained gratuities during Plaintiff's employment with Defendants and any other compensation or wages. This release does not include a release of any rights that Plaintiff may have under this Agreement.

b) Plaintiff agrees not to disclose the terms of this agreement on social media. With the exception of Plaintiff's accountant or immediate family memebers, Plaintiff agrees not to initate conversations about the terms of the settlement. In any "communication" to third parties regarding the Action or this Agreement, the Parties will limit their communications to a statement that says that the Action has been resolved by mutual agreement of the Parties. The parties, though, recognize that the settlement agreement is not confidential pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015.) The Parties further agree not to knowingly disparage or defame any of the **other** Parties in any manner.

c) Nothing herein shall prevent Plaintiff from filing a charge or participating in any investigation or proceeding conducted by the National Labor Relations Board, the Securities and Exchange Commission, the Equal Employment Opportunity Commission or a federal, state, or local fair employment practices agency.

d) The parties agree that if the Court finds that any provision of the confidentiality agreement not to be consistent with Cheeks, then the Court can strike out that provision and enforce the signed settlement agreement.

### 7.  <u>Judicial Review/Discontinuance of Claims</u>

a) Plaintiff acknowledges that he is not presently aware of any legal proceeding other than the above-caption action pending between Plaintiff and/or his representatives and Defendants.

b) Contemporaneously with the execution of this Agreement, Plaintiff and Defendants, by their respective Counsel, shall execute a Stipulation and Order of Dismissal (annexed hereto as Exhibit A) ("Stipulation"), dismissing the Complaint with prejudice. Defendants will hold the Stipulation in escrow. Upon full payments by Defendants, Defendants will file the Stipulation.

c) Plaintiff shall refrain from bringing any lawsuit or initiate any proceeding for any claim waived in any paragraphs of this Agreement, and agrees, further, not to permit anyone else to do so on his behalf, to the maximum extent possible under applicable law.

### 8. Denial of Wrongdoing

Nothing contained in this Agreement, nor the fact that Plaintiff has been paid any remunerations under it, shall be construed, considered, or deemed to be an admission of liability or wrongdoing by Defendants. Defendants deny any liability, committing any wrongdoing or violating any legal duty with respect to Plaintiff, including with respect to Plaintiff's employment, including Plaintiff's pay while in Defendants' employ. The terms of this Agreement, including all facts, circumstances, statements and documents, shall not be admissible or submitted as evidence in any litigation, in any forum, for any purpose, other than to secure enforcement of the terms and conditions of this Agreement, or as may otherwise be required by law.

### 9. Choice of Law and Forum

This Agreement shall at all times be construed and governed by the laws of the State of New York, regardless of conflicts of laws principles. Any dispute, claim or cause of action arising out of, or relating to, Plaintiff's employment with Defendants or this Agreement shall be resolved in the United States District Court for the Southern District of New York, with the prevailing party being awarded reasonable attorneys' fees as well as reimbursement of the filing fees.

### 10. Entire Agreement

The Parties acknowledge and agree that this Agreement reflects the entire agreement between the Parties regarding the subject matter herein and fully supersedes any and all prior agreements and understanding between the Parties hereto. There is no other agreement except as stated herein. Plaintiff acknowledges that Defendants have made no promises to him other than those contained in this Agreement.

### 11. Modification

This Agreement may not be changed unless the change is in writing and signed by the Parties.

### 12. General Provisions

The failure of any party to this Agreement to insist on strict adherence of any term hereof on any occasion shall not be considered a waiver or deprive that party of the right thereafter to insist upon strict adherence to that term or any other term hereof. The invalidity of any provision of this Agreement shall not affect the validity of any other provision hereof. This Agreement has been drafted and reviewed jointly by Counsel for the Parties and no presumption or construction as to the drafting of this Agreement shall be applied against or in favor of any party.

### 13. Acknowledgement

Plaintiff acknowledges that: he has been fully and fairly represented by counsel in this matter. Defendants acknowledge that they have consulted with counsel for the purpose of this Agreement. Plaintiff and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

**14. Release Notification:**

Plaintiff discussed the terms of this Agreement and release of claims with his legal counsel and Plaintiff acknowledges that he has consulted with Jacob Aronauer, Esq. of The Law Offices of Jacob Aronauer, Plaintiff acknowledges that it is his choice to waive any claims in return for the benefits set forth herein and that he made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with his attorneys. Plaintiff confirms that this Settlement Agreement and Release has been translated to him in Spanish and that he understands the terms of this Agreement and that he is signing this Agreement voluntarily.

**15. Counterparts**

To signify their Agreement to the terms of this Agreement and Release, the Parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

<u>PLAINTIFF</u>

Sandy Ruiz

*sandy L. Ruiz*
Date: 03-11-21

<u>DEFENDANTS</u>

Truffa Pizzeria & Wine Room Corp.                    Moises Lopez Sr.
D/B/A Cocina Chente Mexican Cuisine


NAME: _____                    DATE: _____
TITLE:
DATE:

Roma Lopez                                                  Juan Rosario


DATE: _____                    DATE: _____

6 of 11

**14. Release Notification**:

Plaintiff discussed the terms of this Agreement and release of claims with his legal counsel and Plaintiff acknowledges that he has consulted with Jacob Aronauer, Esq. of The Law Offices of Jacob Aronauer, Plaintiff acknowledges that it is his choice to waive any claims in return for the benefits set forth herein and that he made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with his attorneys. Plaintiff confirms that this Settlement Agreement and Release has been translated to him in Spanish and that he understands the terms of this Agreement and that he is signing this Agreement voluntarily.

**15. Counterparts**

To signify their Agreement to the terms of this Agreement and Release, the Parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

PLAINTIFF

Sandy Ruiz

_____

Date:

DEFENDANTS

Truffa Pizzeria & Wine Room Corp.              Moises Lopez Sr.
D/B/A Cocina Chente Mexican Cuisine

NAME: _Roma Mercader_                          DATE: 03/15/2021
TITLE: _Manager_
DATE: _03/15/2021_

Roma Lopez                                     Juan Rosario

DATE: _03/15/2021_                             DATE: _03/15/2021_

6 of 11

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

Sandy Ruiz, on behalf of himself and all others
similarly situated

                                    Plaintiff,

                v.

Truffa Pizzeria & Wine Room Corp. D/B/A Cocina
Chente Mexican Cuisine, and Moises Lopez Sr.,
Roma Lopez, and Juan Rosario, individually

                                Defendants

-------------------------------------------------------x

Case No. 1:20-cv-08645-LJL

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel

for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the

Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or

attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the

Settlement Agreement and the Release of this action.

    Dated: March 16, 2021

THE LAW OFFICES OF JACOB
ARONAUER
Attorneys for the Plaintiff


By: _____
Jacob Aronauer, Esq.
225 Broadway, 3rd Floor
New York, New York 10007
Tel: 212-233-9238

HANG & ASSOCIATES, PLLC
Attorneys for Defendants


By: _____
Diana Y. Seo, Esq.
136-20 38th Ave., Suite 10G
Flushing, New York 11354
Tel: 718-353-8588


SO ORDERED..

_____

# EXHIBIT B.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Sandy Ruiz, on behalf of himself and all others
similarly situated,

                                        Plaintiff,

                            v.

Truffa Pizzeria & Wine Room Corp., d/b/a Cocina
Chente Mexican Cuisine, and Moises Lopez Sr.
Roma Lopez, and Juan Rosario, individually,

                                        Defendants.
-------------------------------------------------------------x

Case No.: 1:20-cv-08645-LJL

**AFFIDAVIT OF CONFESSION
OF JUDGMENT BY ROMA
LOPEZ and** TRUFFA PIZZERIA
& WINE ROOM CORP. d/b/a
COCINA MEXICAN CUISINE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF_QUEEN___   )

Roma Lopez being duly sworn, deposes and states as follows:

1.  I am an adult individual residing at _5456 Valles Ave. Bronx , NY 10471____ [address].

2.  I am individually named as a Defendant in *Ruiz v. Truffa Pizzeria & Wine Room Corp.
    et al*, Civil Action No. Case No. 1:20-cv-08645-LJL filed in the United States District
    Court for Southern District of New York (the "Lawsuit").

3.  I make this affidavit in support of Plaintiff's application for the entry of a judgment by
    confession against myself individually and Truffa Pizzeria & Wine Room Corp. d/b/a
    Cocina Chente Mexican Cuisine, in the sum of Fifty-Two Thousand and Five Hundred
    Dollars ($52,500), plus all costs and attorneys' fees incurred by Plaintiff in connection
    with any effort to enforce the confessed judgments less any payments made under the
    Agreement.

4.  This confession of judgment is for a debt due to Plaintiff Sandy Ruiz (hereinafter
    "Plaintiff").

5.  The facts out of which the debt arose and the sum confession due is set forth below:

6.  On October 16, 2020, Sandy Ruiz, through his attorneys, The Law Offices of Jacob
    Aronauer, filed a Complaint against Defendants in the United States District Court for
    the Southern District of New York (the "Court") alleging claims under the Fair Labor
    Standards Act ("FLSA") and the New York Labor Law (the "NYLL"), 1:20-cv-08645-

LJL, (the "Complaint").

7. In March 2021, the Plaintiff and Defendants executed a Settlement Agreement and Release, (the "Agreement").

8. The Agreement provides that Defendants will pay Plaintiff Sandy Ruiz in the total amount of Thirty-Five Thousand Dollars and No Cents ($35,000.00).

9. If Defendants fail to make payments as outlined in Paragraph 2, Plaintiff may, with notice or demand, except as noted below, declare the entire sum then unpaid immediately due or payable. To exercise this right, Plaintiff shall notify Defendants' Counsel Diana Y. Seo, Esq.and Jian Hang, Esq., Hang & Associates, PLLC, 136-20 38th Avenue, Suite 10G, Flushing, NY 11354, Tel: 718-353-6288, in writing of his intent to do so, and Defendants shall have fourteen (14) days to remedy their default.

10. If Defendants do not remedy the default within fourteen (14) days of Defendants' Counsel's receipt of such notice, I hereby authorize the entry of judgment against myself and Truffa Pizzeria & Wine Room Corp. D/B/A Cocina Chente Mexican Cuisine for the entire amount of Fifty-Two Thousand and Five Hundred Dollars ($52,500), plus all costs and attorneys' fees incurred by Plaintiff in connection with any effort to enforce the confessed judgments less any payments made under the Agreement.

11. I am represented by Counsel and have been fully advised in regard to this Agreement and Confession of Judgment.

12. I authorize entry of judgment in Bronx County, New York.

13. I hereby authorize this confessed judgment to be entered with the clerk of any court of competent jurisdiction.

Dated: 03/15/2021

Sworn to me this 15th day of March 2021

_____
Notary Public

Roma Lopez, individually and on behalf of Truffa Pizzeria & Wine Room Corp.

GE QU
NOTARY PUBLIC-STATE OF NEW YORK
No. 02QU6399058
Qualified in Queens County
My Commission Expires 10-15-2023

# EXHIBIT B

## Ruiz v. Truffa Pizzeria Damages Calculations (paid straight time for OT)

| | |
|---|---|
| Unpaid minimum wages | $ 7,038.07 |
| Unpaid OT | $ 16,510.26 |
| Liquidated Damages | $ 23,548.33 |
| Pre-judgment Interest | $ 96.66 |
| Notice Damages | $ 10,000.00 |
| **Total** | **$ 57,193.33** |

**Ruiz v. Truffa Pizzeria Damages Calculation (paid straight time for OT for entire period)**

| Week Ending | Hours worked per week | Daily Wage (2017/2020) | Days Worked per week (2017/2020) | Weekly Wage (2018-2019) | Hourly Wage | Minimum Wage | Unpaid minimum wages | Appropriate OT wage | Unpaid OT wages | Liquidated Damages | Prejudgment Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/30/17 | 36.00 | $100.00 | 4 | $400.00 | $11.11 | 11.00 | $   - | $16.67 | $   - | $   - | $   - |
| 8/6/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $9.03 |
| 8/13/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.98 |
| 8/20/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.93 |
| 8/27/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.88 |
| 9/3/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.84 |
| 9/10/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.79 |
| 9/17/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.74 |
| 9/24/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.69 |
| 10/1/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.64 |
| 10/8/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.60 |
| 10/15/17 | 45.00 | $100.00 | 5 | $500.00 | $11.11 | 11.00 | $   - | $16.67 | $27.78 | $27.78 | $8.55 |
| 10/22/17 | 64.50 | $100.00 | 7 | $700.00 | $10.85 | 11.00 | $5.89 | $16.50 | $138.36 | $144.25 | $   - |
| 10/29/17 | 64.50 | $100.00 | 7 | $700.00 | $10.85 | 11.00 | $5.89 | $16.50 | $138.36 | $144.25 | $   - |
| 11/5/17 | 64.50 | $100.00 | 7 | $700.00 | $10.85 | 11.00 | $5.89 | $16.50 | $138.36 | $144.25 | $   - |
| 11/12/17 | 64.50 | $100.00 | 7 | $700.00 | $10.85 | 11.00 | $5.89 | $16.50 | $138.36 | $144.25 | $   - |
| 11/19/17 | 55.50 | $100.00 | 6 | $600.00 | $10.81 | 11.00 | $7.57 | $16.50 | $88.18 | $95.75 | $   - |
| 11/26/17 | 43.00 | $100.00 | 6 | $600.00 | $13.95 | 11.00 | $   - | $20.93 | $20.93 | $20.93 | $   - |
| 12/3/17 | 55.50 | $100.00 | 6 | $600.00 | $10.81 | 11.00 | $7.57 | $16.50 | $88.18 | $95.75 | $   - |
| 12/10/17 | 52.00 | $100.00 | 6 | $600.00 | $11.54 | 11.00 | $   - | $17.31 | $69.23 | $69.23 | $   - |
| 12/17/17 | 55.50 | $100.00 | 6 | $600.00 | $10.81 | 11.00 | $7.57 | $16.50 | $88.18 | $95.75 | $   - |
| 12/24/17 | 52.00 | $100.00 | 6 | $600.00 | $11.54 | 11.00 | $   - | $17.31 | $69.23 | $69.23 | $   - |
| 12/31/17 | 55.50 | $100.00 | 6 | $600.00 | $10.81 | 11.00 | $7.57 | $16.50 | $88.18 | $95.75 | $   - |
| 1/7/18 | 52.00 | n/a | n/a | $650.00 | $12.50 | 13.00 | $20.00 | $19.50 | $84.00 | $104.00 | $   - |
| 1/14/18 | 55.50 | n/a | n/a | $650.00 | $11.71 | 13.00 | $51.53 | $19.50 | $120.72 | $172.25 | $   - |
| 1/21/18 | 52.00 | n/a | n/a | $650.00 | $12.50 | 13.00 | $20.00 | $19.50 | $84.00 | $104.00 | $   - |
| 1/28/18 | 55.50 | n/a | n/a | $650.00 | $11.71 | 13.00 | $51.53 | $19.50 | $120.72 | $172.25 | $   - |
| 2/4/18 | 52.00 | n/a | n/a | $680.00 | $13.08 | 13.00 | $   - | $19.62 | $78.46 | $78.46 | $   - |
| 2/11/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 2/18/18 | 52.00 | n/a | n/a | $680.00 | $13.08 | 13.00 | $   - | $19.62 | $78.46 | $78.46 | $   - |
| 2/25/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 3/4/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 3/11/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 3/18/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 3/25/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 4/1/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 4/8/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 4/15/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 4/22/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 4/29/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 5/6/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 5/13/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 5/20/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 5/27/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 6/3/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 6/10/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 6/17/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 6/24/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 7/1/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 7/8/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 7/15/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 7/22/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 7/29/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 8/5/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 8/12/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 8/19/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 8/26/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |
| 9/2/18 | 55.50 | n/a | n/a | $680.00 | $12.25 | 13.00 | $29.91 | $19.50 | $112.34 | $142.25 | $   - |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/9/18 | 55.50 | n/a | n/a | $ 680.00 | $ 12.25 | $ 13.00 | $ 29.91 | $ 19.50 | $ 112.34 | $ 142.25 | $ - |
| 9/16/18 | 55.50 | n/a | n/a | $ 680.00 | $ 12.25 | $ 13.00 | $ 29.91 | $ 19.50 | $ 112.34 | $ 142.25 | $ - |
| 9/23/18 | 55.50 | n/a | n/a | $ 680.00 | $ 12.25 | $ 13.00 | $ 29.91 | $ 19.50 | $ 112.34 | $ 142.25 | $ - |
| 9/30/18 | 55.50 | n/a | n/a | $ 680.00 | $ 12.25 | $ 13.00 | $ 29.91 | $ 19.50 | $ 112.34 | $ 142.25 | $ - |
| 10/7/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 10/14/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 10/21/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 10/28/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 11/4/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 11/11/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 11/18/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 11/25/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 12/2/18 | 52.00 | n/a | n/a | $ 700.00 | $ 13.46 | $ 13.00 | - | $ 20.19 | $ 80.77 | $ 80.77 | $ - |
| 12/9/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 12/16/18 | 52.00 | n/a | n/a | $ 700.00 | $ 13.46 | $ 13.00 | - | $ 20.19 | $ 80.77 | $ 80.77 | $ - |
| 12/23/18 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 13.00 | $ 15.50 | $ 19.50 | $ 106.75 | $ 122.25 | $ - |
| 12/30/18 | 52.00 | n/a | n/a | $ 700.00 | $ 13.46 | $ 13.00 | - | $ 20.19 | $ 80.77 | $ 80.77 | $ - |
| 1/6/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 1/13/19 | 52.00 | n/a | n/a | $ 700.00 | $ 13.46 | $ 15.00 | $ 61.54 | $ 22.50 | $ 108.46 | $ 170.00 | $ - |
| 1/20/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 1/27/19 | 52.00 | n/a | n/a | $ 700.00 | $ 13.46 | $ 15.00 | $ 61.54 | $ 22.50 | $ 108.46 | $ 170.00 | $ - |
| 2/3/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 2/10/19 | 52.00 | n/a | n/a | $ 700.00 | $ 13.46 | $ 15.00 | $ 61.54 | $ 22.50 | $ 108.46 | $ 170.00 | $ - |
| 2/17/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 2/24/19 | 52.00 | n/a | n/a | $ 700.00 | $ 13.46 | $ 15.00 | $ 61.54 | $ 22.50 | $ 108.46 | $ 170.00 | $ - |
| 3/3/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 3/10/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 3/17/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 3/24/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 3/31/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 4/7/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 4/14/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 4/21/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 4/28/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 5/5/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 5/12/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 5/19/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 5/26/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 6/2/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 6/9/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 6/16/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 6/23/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 6/30/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 7/7/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 7/14/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 7/21/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 7/28/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 8/4/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 8/11/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 8/18/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 8/25/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 9/1/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 9/8/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 9/15/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 9/22/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 9/29/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 10/6/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 10/13/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 10/20/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 10/27/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 11/3/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 11/10/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 11/17/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 11/24/19 | 55.50 | n/a | n/a | $ 700.00 | $ 12.61 | $ 15.00 | $ 95.50 | $ 22.50 | $ 153.25 | $ 248.75 | $ - |
| 12/1/19 | 52.00 | n/a | n/a | $ 800.00 | $ 15.38 | $ 15.00 | - | $ 23.08 | $ 92.31 | $ 92.31 | $ - |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/8/19 | 55.50 | n/a | n/a | $ 800.00 | $ 14.41 | $ 15.00 | $ 23.42 | $ 22.50 | $ 125.33 | $ 148.75 | $ - |
| 12/15/19 | 52.00 | n/a | n/a | $ 800.00 | $ 15.38 | $ 15.00 | $ - | $ 23.08 | $ 92.31 | $ 92.31 | $ - |
| 12/22/19 | 55.50 | n/a | n/a | $ 800.00 | $ 14.41 | $ 15.00 | $ 23.42 | $ 22.50 | $ 125.33 | $ 148.75 | $ - |
| 12/29/19 | 52.00 | n/a | n/a | $ 800.00 | $ 15.38 | $ 15.00 | $ - | $ 23.08 | $ 92.31 | $ 92.31 | $ - |
| 1/5/20 | 0.00 | n/a | n/a | $ 800.00 | $ - | $ 15.00 | $ - | $ - | $ - | $ - | $ - |
| 1/12/20 | 52.00 | n/a | n/a | $ 800.00 | $ 15.38 | $ 15.00 | $ - | $ 23.08 | $ 92.31 | $ 92.31 | $ - |
| 1/19/20 | 55.50 | n/a | n/a | $ 800.00 | $ 14.41 | $ 15.00 | $ 23.42 | $ 22.50 | $ 125.33 | $ 148.75 | $ - |
| 1/26/20 | 52.00 | n/a | n/a | $ 800.00 | $ 15.38 | $ 15.00 | $ - | $ 23.08 | $ 92.31 | $ 92.31 | $ - |
| 2/2/20 | 55.50 | n/a | n/a | $ 800.00 | $ 14.41 | $ 15.00 | $ 23.42 | $ 22.50 | $ 125.33 | $ 148.75 | $ - |
| 2/9/20 | 52.00 | n/a | n/a | $ 800.00 | $ 15.38 | $ 15.00 | $ - | $ 23.08 | $ 92.31 | $ 92.31 | $ - |
| 2/16/20 | 55.50 | n/a | n/a | $ 800.00 | $ 14.41 | $ 15.00 | $ 23.42 | $ 22.50 | $ 125.33 | $ 148.75 | $ - |
| 2/23/20 | 52.00 | n/a | n/a | $ 800.00 | $ 15.38 | $ 15.00 | $ - | $ 23.08 | $ 92.31 | $ 92.31 | $ - |
| 3/1/20 | 55.50 | n/a | n/a | $ 800.00 | $ 14.41 | $ 15.00 | $ 23.42 | $ 22.50 | $ 125.33 | $ 148.75 | $ - |
| 3/8/20 | 55.50 | n/a | n/a | $ 800.00 | $ 14.41 | $ 15.00 | $ 23.42 | $ 22.50 | $ 125.33 | $ 148.75 | $ - |
| 3/15/20 | 55.50 | n/a | n/a | $ 800.00 | $ 14.41 | $ 15.00 | $ 23.42 | $ 22.50 | $ 125.33 | $ 148.75 | $ - |
| 3/22/20 | 55.50 | n/a | n/a | $ 800.00 | $ 14.41 | $ 15.00 | $ 23.42 | $ 22.50 | $ 125.33 | $ 148.75 | $ - |
| 3/29/20 | 51.50 | $ 80.00 | 6 | $ 480.00 | $ 9.32 | $ 15.00 | $ 227.18 | $ 22.50 | $ 151.57 | $ 378.75 | $ - |
| 4/5/20 | 51.50 | $ 80.00 | 6 | $ 480.00 | $ 9.32 | $ 15.00 | $ 227.18 | $ 22.50 | $ 151.57 | $ 378.75 | $ - |
| 4/12/20 | 51.50 | $ 80.00 | 6 | $ 480.00 | $ 9.32 | $ 15.00 | $ 227.18 | $ 22.50 | $ 151.57 | $ 378.75 | $ - |
| 4/19/20 | 51.50 | $ 80.00 | 6 | $ 480.00 | $ 9.32 | $ 15.00 | $ 227.18 | $ 22.50 | $ 151.57 | $ 378.75 | $ - |
| 4/26/20 | 51.50 | $ 80.00 | 6 | $ 480.00 | $ 9.32 | $ 15.00 | $ 227.18 | $ 22.50 | $ 151.57 | $ 378.75 | $ - |
| | | | | | | $ 7,038.07 | | | $ 16,510.26 | $ 23,548.33 | $ 96.66 |

## NOTES RE RUIZ'S EMPLOYMENT WITH DEFENDANTS

Ruiz started work for Defendants in July 2017. In July 2017, he was paid $100 per day, and worked for Defendants from 2:00 p.m. to 11:00 p.m. each shift.

In August 2017 Ruiz began working 5 days per week, still at $100 per day, and working from 2:00 p.m. to 11:00 p.m. each shift.

Starting Nov. 22, 2017, Ruiz began working 6 days per week. On Saturdays, he worked from 11:00 a.m. to 9:00 p.m., and on Sundays, he worked from 11:00 a.m. to 8:00 or 9:00 p.m. During the winter months (Dec. - Feb.), two Sundays per month Ruiz left work at 5:00 p.m. For the first month of his new schedule (Nov. 22-Dec. 22, 2017), Ruiz worked 7 days per week, covering for someone who left their job. Ruiz's weekday shifts continued to be from 2:00 p.m. to 7:00 p.m. Ruiz had Nov. 23 off.

In January 2018, Ruiz received a raise to $650 per week. Ruiz's schedule remained the same.

From February 2018-September 2018 Ruiz was paid $680 per week. Ruiz's schedule remained the same.

From Oct. 2018 to Oct. 2019 Ruiz was paid $700 per week. Ruiz's schedule remained the same.

In Nov. 2019 Ruiz received a raise to $800 per week.

Ruiz did not work the first week of January, 2020.

Starting in mid-March, 2020, Ruiz's schedule and salary changed due to the pandemic. Ruiz received $80 per day, and worked 6 shifts per week. His weekday shift now last from 2:00 p.m. to 10:00 p.m.

Ruiz did not receive an uninterrupted meal break throughout his employment with Defendants.

Complaint was filed 10/16/20.

# EXHIBIT C

# Law Offices of Jacob Aronauer

**INVOICE**

225 Broadway, 3rd Floor
New York, New York 10007
Phone: (212) 323-6980

Invoice # 155
Date: 03/16/2021
Due On: 04/15/2021

Sandy Carlos Ruiz Martinez
2316 Andrews Avenue N Apt 44
Bronx, NY 10468

## 00304-Ruiz Martinez

## Ruiz Martinez v. Truffa Pizzeria & Wine Room Corp. d/b/a Cocina Chente

| Type | Date | Notes | Quantity | Rate | Total |
|------|------|-------|----------|------|-------|
| Service | 08/27/2020 | Attorney Fees: Initial client meeting. | 1.10 | $400.00 | $440.00 |
| Service | 08/27/2020 | Paralegal fees - Maria: Initial client meeting. | 1.10 | $150.00 | $165.00 |
| Service | 09/02/2020 | Paralegal Fees - Corey: Drafted damages spreadsheets | 1.00 | $150.00 | $150.00 |
| Service | 09/03/2020 | Paralegal Fees - Corey: Reviewed damages spreadsheet and sent to Jacob | 1.00 | $150.00 | $150.00 |
| Service | 09/08/2020 | Paralegal Fees - Corey: drafting complaint | 2.17 | $150.00 | $325.50 |
| Service | 09/09/2020 | Paralegal Fees - Corey: drafting complaint | 1.25 | $150.00 | $187.50 |
| Service | 10/16/2020 | Attorney Fees: Edits to complaint; review spreadsheet; civil cover sheet, summons and file. | 2.10 | $400.00 | $840.00 |
| Service | 11/09/2020 | Attorney Fees: Review order for initial case conference. | 0.10 | $400.00 | $40.00 |
| Service | 11/11/2020 | Paralegal fees - Maria: Call with client in re Defendants' reaction to lawsuit | 0.04 | $150.00 | $6.00 |
| Service | 11/12/2020 | Attorney Fees: Review law firm that filed a notice of appearance. | 0.10 | $400.00 | $40.00 |
| Service | 11/16/2020 | Attorney Fees: Extension request by Defendants. | 0.10 | $400.00 | $40.00 |
| Service | 12/16/2020 | Attorney Fees: Review corporate disclosure statement. | 0.10 | $400.00 | $40.00 |
| Service | 12/16/2020 | Attorney Fees: Review answer. | 0.30 | $400.00 | $120.00 |
| Service | 12/22/2020 | Attorney Fees: Review and edits to proposed scheduling order. | 0.30 | $400.00 | $120.00 |
| Service | 12/27/2020 | Attorney Fees: Settlement e-mail and review spreadsheets from Defendants. | 0.30 | $400.00 | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/29/2020 | Paralegal Fees - Efram: Reviewing complaint and Conference with Judge Leiman | 0.50 | $150.00 | $75.00 |
| Service | 12/29/2020 | Attorney Fees: Prepare for initial case conference and actual initial case conference. | 0.70 | $400.00 | $280.00 |
| Service | 12/29/2020 | Attorney Fees: Prepare for initial case conference and actual initial case conference. | 0.80 | $400.00 | $320.00 |
| Service | 12/31/2020 | Paralegal Fees - Efram: draft documents for conditional certification | 3.50 | $150.00 | $525.00 |
| Service | 01/06/2021 | Attorney Fees: Meet with client to discuss motion fo conditional certification and update on case. | 0.20 | $400.00 | $80.00 |
| Service | 01/06/2021 | Attorney Fees: Work on motion for conditional certification. | 0.30 | $400.00 | $120.00 |
| Service | 01/06/2021 | Paralegal Fees - Efram: Drafting discovery request | 1.50 | $150.00 | $225.00 |
| Service | 01/07/2021 | Paralegal Fees - Efram: Drafting discovery request documents | 0.67 | $150.00 | $100.50 |
| Service | 01/11/2021 | Attorney Fees: Edits to motion for conditional certification. | 3.80 | $400.00 | $1,520.00 |
| Service | 01/13/2021 | Attorney Fees: Edits to paper discovery. | 2.10 | $400.00 | $840.00 |
| Service | 01/18/2021 | Attorney Fees: Work on e-mail to Defendants in re settlement. | 0.30 | $400.00 | $120.00 |
| Service | 01/18/2021 | Attorney Fees: Review documents from Defendants in re Plaintiff's employment at Defendants. | 1.90 | $400.00 | $760.00 |
| Service | 01/19/2021 | Paralegal Fees - Sian: reviewed information from client; emailed Maria questions to ask client | 0.34 | $150.00 | $51.00 |
| Service | 01/19/2021 | Paralegal Fees - Efram: attend meet and confer with opposing counsel | 0.59 | $150.00 | $88.50 |
| Service | 01/19/2021 | Attorney Fees: Review further documents provided by Defendants. | 0.20 | $400.00 | $80.00 |
| Service | 01/21/2021 | Paralegal Fees - Sian: drafted new damages spreadsheet based on further information from client | 1.17 | $150.00 | $175.50 |
| Service | 01/22/2021 | Paralegal Fees - Sian: finished drafting damages spreadsheet | 0.42 | $150.00 | $63.00 |
| Service | 01/22/2021 | Attorney Fees: Settlement e-mail. | 0.30 | $400.00 | $120.00 |
| Service | 01/26/2021 | Paralegal fees - Maria: Informed client that Defendants offered 5k. Rejected. | 0.08 | $150.00 | $12.00 |
| Service | 02/04/2021 | Paralegal fees - Maria: Informed client that Defendants offered 10k. Rejected. | 0.08 | $150.00 | $12.00 |
| Service | 02/08/2021 | Attorney Fees: Review Defendants' opposition to our | 0.80 | $400.00 | $320.00 |

|  |  | motion for conditional certification. |  |  |  |
|---|---|---|---|---|---|
| Service | 02/10/2021 | Attorney Fees: Work on reply brief. | 2.90 | $400.00 | $1,160.00 |
| Service | 02/10/2021 | Paralegal Fees - Karin: Line edit of reply letter | 0.90 | $150.00 | $135.00 |
| Service | 02/11/2021 | Attorney Fees: Reply brief to Defendants' opposition to our motion for conditional certification. | 1.70 | $400.00 | $680.00 |
| Service | 02/15/2021 | Attorney Fees: Review Court decision for SJ | 0.40 | $400.00 | $160.00 |
| Service | 02/19/2021 | Attorney Fees: Corrected notice. | 0.20 | $400.00 | $80.00 |
| Service | 02/23/2021 | Paralegal fees - Maria: Informed client that defendant offered 31k and 6 months to payout. Ruiz rejected. A counter offered will be sent | 0.08 | $150.00 | $12.00 |
| Service | 02/23/2021 | Paralegal fees - Maria: Defendant accepted the counter offer for 35k. First check will be for 7k. | 0.08 | $150.00 | $12.00 |
| Service | 02/23/2021 | Attorney Fees: Settlement discussions. Settlement reached! Letter to Court informing Court of settlement. | 0.70 | $400.00 | $280.00 |
| Service | 02/26/2021 | Attorney Fees: Review Court order. | 0.10 | $400.00 | $40.00 |
| Service | 03/08/2021 | Attorney Fees: Edits to settlement agreement. | 0.30 | $400.00 | $120.00 |
| Service | 03/09/2021 | Paralegal Fees - Sian: calculated settlement breakdown | 0.67 | $150.00 | $100.50 |
| Service | 03/09/2021 | Paralegal Fees - Corey: drafting proposed settlement application letter | 2.67 | $150.00 | $400.50 |
| Service | 03/09/2021 | Attorney Fees: Edits to settlement agreement and discussion with paralegal in re settlement application letter. | 0.40 | $400.00 | $160.00 |
| Service | 03/10/2021 | Paralegal Fees - Sian: edits/formatting changes to settlement agreement | 0.70 | $150.00 | $105.00 |
| Service | 03/11/2021 | Paralegal Fees - Corey: finished drafting settlement application letter | 1.42 | $150.00 | $213.00 |
| Service | 03/11/2021 | Attorney Fees: Worked on Cheeks letter and met with clients. | 0.60 | $400.00 | $240.00 |
| Service | 03/16/2021 | Attorney Fees: Edits to Cheeks letter. | 0.40 | $400.00 | $160.00 |

**Total**    **$12,729.50**

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 155 | 04/15/2021 | $12,729.50 | $0.00 | $12,729.50 |
| | | | **Outstanding Balance** | **$12,729.50** |
| | | | **Total Amount Outstanding** | **$12,729.50** |

Please make all amounts payable to: Law Offices of Jacob Aronauer

Please pay within 30 days.