The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

March 30, 2021

**Via ECF**
Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Ruiz v. Truffa Pizzeria & Wine Room Corp. et al.*
             20-cv-08645 (LJL)

Dear Judge Liman:

    This office represents Plaintiff Sandy Ruiz in the above captioned matter. Plaintiff, together with Defendants, requests that the Court approve the amended signed settlement reached in this matter. A copy of the amended settlement agreement is annexed.

                                                 Respectfully submitted,

                                                 */s Jacob Aronauer*
                                                 Jacob Aronauer
                                                 *Attorney for Plaintiff*

cc: **Via ECF**
    *All attorneys on record*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Sandy Ruiz, on behalf of himself
and all others similarly situated,
       Plaintiff,

v.

Truffa Pizzeria & Wine Room Corp. D/B/A
Cocina Chente Mexican Cuisine, and Moise
Lopez Sr., Roma Lopez, and Juan Rosario,
individually
       Defendants,

Case No: 1:20-cv-08645-LJL

**SETTLEMENT AGREEMENT AND RELEASE**

   This Settlement Agreement is entered into by and among, Sandy Ruiz (hereinafter "Plaintiff") on the one hand, Truffa Pizzeria & Wine Room Corp. D/B/A Cocina Chente Mexican Cuisine, and Moises Lopez Sr., Roma Lopez, and Juan Rosario (hereinafter, "Defendants"), (Plaintiff and Defendants, collectively, "the Parties") on the other hand.

   WHEREAS, Plaintiff alleges that he worked for Defendants as an employee; and

   WHEREAS, on October 16, 2020, Plaintiff Sandy Ruiz, through his attorneys, The Law Offices of Jacob Aronauer, filed the above-captioned lawsuit against Defendants in the United States District Court for the Southern District of New York (the "Court") alleging claims under the Fair Labor Standards Act ("FLSA) and the New York Labor Law (the "NYLL"), Civil Action No. 1:20-cv-08645-LJL (the "Complaint"); and

   WHEREAS, Defendants deny all claims in Plaintiff's Complaint;

   WHEREAS, the Parties have determined it to be in their mutual interest to settle the Action and all matters between them; and

   WHEREAS, the Parties desire to have no further obligation to each other, except as specifically provided herein; and

   WHEREAS, Plaintiff has, throughout the negotiation and execution of this Agreement, been represented by his Counsel, Jacob Aronauer, Esq., The Law Offices of Jacob Aronauer, 225 Broadway, 3rd Floor, New York, NY 10007, Tel: 212-323-6980; and

   WHEREAS, Defendants have, throughout the negotiation and execution of this Agreement, been represented by their Counsel, Jian Hang, Esq. and Diana Y. Seo, Esq., Hang & Associates, PLLC, 136-20 38th Avenue, Suite 10G, Flushing, NY 11354, Tel: 718-353-6288;

   WHEREAS, Plaintiff's Counsel and Defendants' Counsel have reached a settlement acceptable to the Parties which constitutes a reasonable compromise of Plaintiff's claims and Defendants' defenses; and

WHEREAS, Plaintiff's Counsel and Defendants' Counsel have reached a settlement acceptable to the Parties which constitutes a reasonable compromise of Plaintiff's claims and Defendants' defenses (the "Agreement"); and

WHEREAS, Plaintiff acknowledges that he has entered into this Agreement freely and voluntarily, without threats or coercion of any kind by anyone; and

WHEREAS, Plaintiff acknowledges that he understands the meaning and effect of the execution of this Agreement.

THEREFORE, for good and valuable consideration, the sufficiency of which is acknowledged hereby, and in consideration of the mutual covenants and undertakings set forth herein, the Parties agree as follows:

### 1. Settlement Amount

In exchange for and in consideration of the covenants and promises contained herein, including Plaintiff's specific release of all wage-and-hour claims only against Defendants and the Releasees (as defined herein) as set forth in Paragraph 6 below, Defendants will provide Plaintiff with a settlement in the amount of Thirty-Five Thousand Dollars and No Cents ($35,000.00) ("Settlement Amount"), apportioned as follows:

a) $22,933.33 to Plaintiff; and

b) $12,066.67 to The Law Offices of Jacob Aronauer as attorney's fees and costs.

### 2. Settlement Payment Schedule

The Settlement shall be payable on a schedule as set forth as follows:

a) Installment One (1): Seven Thousand Dollars and No Cents ($7,000.00) shall be mailed or hand delivered to The Law Offices of Jacob Aronauer, 225 Broadway, Suite 307, New York, NY 10007 within fourteen (14) days of judicial approval of this settlement agreement pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), and consist of two (2) checks:

> 01) One bank check made payable to Sandy Ruiz in the gross amount of $4,666.68 payable by 1099; and

> 02) One check made payable to The Law Offices of Jacob Aronauer in the amount of $2,333.32 payable by 1099.

b) Installment Two (2) through Six (6): Defendants are to deliver five (5) equal monthly payments, each in the gross amount of $5,600.00; each to be delivered on the first day of each successive month after the first installment, on a month-to-month basis, for five (5) consecutive months. Each of the five monthly installment payments shall be broken down as follows:

> 01) One bank check made payable to Sandy Ruiz in the gross amount of $3,653.33 payable by 1099; and

> 02) One check made payable to The Law Offices of Jacob Aronauer in the amount of $1,946.67 payable by 1099.

### 3. Confession of Judgment

a) Concurrent with the signing of this Agreement , Roma Lopez, on behalf of himself and Truffa Pizzeria & Wine Room Corp. D/B/A Cocina Chente Mexican Cuisine sign a Confession of Judgment in the form annexed hereto as Exhibits B and C in the amount of Fifty-Two Thousand and Five Hundred Dollars ($52,500) which Plaintiff is authorized to file with the court only if Defendants fail to honor their obligations set forth herein after Notice and Opportunity to Cure.

b) In the event that Defendants fail to cure as set forth in paragraph 3(a), Plaintiff shall also be entitled to reasonable attorney fees with respect to the enforcement of the settlement agreement against Defendants Moises Lopez and Roma Lopez.

c) Upon receipt of the final installment from Defendants, Plaintiff's Counsel shall destroy the Confession of Judgment and confirm destruction of same to Defendants' Counsel.

### 4. Notice and Opportunity to Cure

a) If Defendants fail to make timely the payment described above, or if the payment check fails to clear (i.e. bounces), except through no fault of Defendants, Plaintiff's Counsel shall provide a notice to cure to Defendants by email to their Counsel: Diana Y. Seo, Esq. dseo@hanglaw.com and Jian Hang, Esq. jhang@hanglaw.com. Defendants shall cure the default within fourteen (14) days from and including the date on which the notice was received. If the default is not cured within the fourteen (14) day period, all remaining unpaid payment specified in above will become due immediately, plus any reasonable attorneys' fees and costs Plaintiff incur in enforcing the Agreement, less any payments that were made under this Agreement.

### 5. Taxes

Each payer of a payment under this Agreement and each recipient of a payment under this Agreement will be responsible for all taxes that he/she is legally responsible to pay as a result of this Agreement.

### 6. Wage and Hour Release by Plaintiff

a) In exchange for and in consideration of the covenants and promises contained herein, Plaintiff, individually and on behalf of his assigns, spouse, agents, heirs, executors, administrators, beneficiaries, trustees and legal representatives, with respect solely and only to conduct that has arisen on, or prior to, the date this Agreement is executed, fully and forever releases, relieves, waives, relinquishes, and discharges (i) Truffa Pizzeria & Wine Room Corp. D/B/A Cocina Chente Mexican Cuisine and its current and former parents, subsidiaries, divisions, branches, and assigns and affiliated and related companies or entities, and its predecessors, successors, insurers, employee benefit plans, and present and former directors, officers, partners, shareholders, fiduciaries, representatives, agents, attorneys and employees; (ii) Moises Lopez Sr., in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns; (iii) Roma Lopez, in her individual and corporate capacities, and her heirs, executors, administrators,

attorneys, successors and assigns; and, (iv) Juan Rosario, in his individual and corporate capacities, and his heirs, executors, administrators, attorneys, successors and assigns (collecticely referred to as "Releasees"); from any claims alleged in the Complaint ONLY, including, but not limited to, any and all wage and hour claims arising under the Fair Labor Standards Act, the New York Labor Law, and the Wage Theft Prevention Act, as well as claims for overtime, commissions, unpaid wages, whether based on common law or otherwise, and all claims for improper deductions, travel time, spread of hours pay, bonuses, expenses, reimbursements, gratuities, tip credits, tip allowances, service charges and retained gratuities during Plaintiff's employment with Defendants and any other compensation or wages. This release does not include a release of any rights that Plaintiff may have under this Agreement.

b) The parties recognize that the settlement agreement is not confidential pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015.) and the Parties agree not to knowingly disparage or defame any of the **other** Parties.

c) Nothing herein shall prevent Plaintiff from filing a charge or participating in any investigation or proceeding conducted by the National Labor Relations Board, the Securities and Exchange Commission, the Equal Employment Opportunity Commission or a federal, state, or local fair employment practices agency.

## 7. Judicial Review/Discontinuance of Claims

a) Plaintiff acknowledges that he is not presently aware of any legal proceeding other than the above-caption action pending between Plaintiff and/or his representatives and Defendants.

b) Contemporaneously with the execution of this Agreement, Plaintiff and Defendants, by their respective Counsel, shall execute a Stipulation and Order of Dismissal (annexed hereto as Exhibit A) ("Stipulation"), dismissing the Complaint with prejudice. Upon judicial approval of this Settlement Agreement, Defendants shall file the Stipulation. The Parties agree that in the event the Defendants fail to make any of the Settlement Payments (after a notice and opportunity to cure period provided in Paragrah 4), that Plaintiff shall be entited to move to reopen the case within seven (7) months of the judicial approval of this Settlement Agreement.

c) Plaintiff shall refrain from bringing any lawsuit or initiate any proceeding for any claim waived in any paragraphs of this Agreement, and agrees, further, not to permit anyone else to do so on his behalf, to the maximum extent possible under applicable law.

## 8. Denial of Wrongdoing

Nothing contained in this Agreement, nor the fact that Plaintiff has been paid any remunerations under it, shall be construed, considered, or deemed to be an admission of liability

or wrongdoing by Defendants. Defendants deny any liability, committing any wrongdoing or violating any legal duty with respect to Plaintiff, including with respect to Plaintiff's employment, including Plaintiff's pay while in Defendants' employ. The terms of this Agreement, including all facts, circumstances, statements and documents, shall not be admissible or submitted as evidence in any litigation, in any forum, for any purpose, other than to secure enforcement of the terms and conditions of this Agreement, or as may otherwise be required by law.

### 9. Choice of Law and Forum

This Agreement shall at all times be construed and governed by the laws of the State of New York, regardless of conflicts of laws principles. Any dispute, claim or cause of action arising out of, or relating to, Plaintiff's employment with Defendants or this Agreement shall be resolved in the United States District Court for the Southern District of New York, with the prevailing party being awarded reasonable attorneys' fees as well as reimbursement of the filing fees.

### 10. Entire Agreement

The Parties acknowledge and agree that this Agreement reflects the entire agreement between the Parties regarding the subject matter herein and fully supersedes any and all prior agreements and understanding between the Parties hereto. There is no other agreement except as stated herein. Plaintiff acknowledges that Defendants have made no promises to him other than those contained in this Agreement.

### 11. Modification

This Agreement may not be changed unless the change is in writing and signed by the Parties.

### 12. General Provisions

The failure of any party to this Agreement to insist on strict adherence of any term hereof on any occasion shall not be considered a waiver or deprive that party of the right thereafter to insist upon strict adherence to that term or any other term hereof. The invalidity of any provision of this Agreement shall not affect the validity of any other provision hereof. This Agreement has been drafted and reviewed jointly by Counsel for the Parties and no presumption or construction as to the drafting of this Agreement shall be applied against or in favor of any party.

### 13. Acknowledgement

Plaintiff acknowledges that: he has been fully and fairly represented by counsel in this matter. Defendants acknowledge that they have consulted with counsel for the purpose of this Agreement. Plaintiff and Defendants acknowledge that they are not relying upon any statement, representation or promise in executing this Agreement except for statements, representations or promises expressly set forth in this Agreement. They further acknowledge and agree that the only consideration for signing this Agreement is as set forth in this Agreement.

### 14. Release Notification:

Plaintiff discussed the terms of this Agreement and release of claims with his legal

counsel and Plaintiff acknowledges that he has consulted with Jacob Aronauer, Esq. of The Law Offices of Jacob Aronauer, Plaintiffs acknowledges that it is his choice to waive any claims in return for the benefits set forth herein and that he made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with his attorneys. Plaintiffs confirms that this Settlement Agreement and Release has been translated to him in Spanish and that he understands the terms of this Agreement and that he is signing this Agreement voluntarily.

### 15. Counterparts

To signify their Agreement to the terms of this Agreement and Release, the Parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFF**

Sandy Ruiz
*[signature]*
Date:
03-30-2021

**DEFENDANTS**

Truffa Pizzeria & Wine Room Corp. D/B/A          Moises Lopez Sr.
Cocina Chente Mexican Cuisine


_____          _____
NAME:                                    DATE:
TITLE:
DATE:
Roma Lopez                               Juan Rosario

_____          _____
DATE:                                    DATE:

counsel and Plaintiff acknowledges that he has consulted with Jacob Aronauer, Esq. of The Law Offices of Jacob Aronauer, Plaintiff acknowledges that it is his choice to waive any claims in return for the benefits set forth herein and that he made this decision after careful thought and a reasonable period of time to consider this Agreement, and after an opportunity to consult with his attorneys. Plaintiff confirms that this Settlement Agreement and Release has been translated to him in Spanish and that he understands the terms of this Agreement and that he is signing this Agreement voluntarily.

### 15. Counterparts

To signify their Agreement to the terms of this Agreement and Release, the Parties have executed this Agreement on the date set forth opposite their signatures, which appear below. This Agreement may be executed in two or more counterparts and each of such counterparts, for all purposes, shall be deemed to be an original but all of such counterparts together shall constitute but one and the same instrument, binding upon all parties hereto, notwithstanding that all of such parties may not have executed the same counterpart. This agreement may also be executed by facsimile or electronic transmission.

**PLAINTIFF**

Sandy Ruiz

Date: _____

**DEFENDANTS**

Truffa Pizzeria & Wine Room Corp.
D/B/A Cocina Chente Mexican Cuisine

NAME: Roma Lopez
TITLE: Manager
DATE: 03/27/2021

Moises Lopez Sr.

DATE: 03/27/2021

Roma Lopez

DATE: 03/27/2021

Juan Rosario

DATE: 03/26/21

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Sandy Ruiz, on behalf of himself and all others similarly situated

                        Plaintiff,

v.

Truffa Pizzeria & Wine Room Corp. D/B/A Cocina Chente Mexican Cuisine, and Moises Lopez Sr., Roma Lopez, and Juan Rosario, individually

                        Defendants
------------------------------------------------------------X

C   No. 1:20-cv-08645-LJL

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated: March 16, 2021

| THE LAW OFFICES OF JACOB ARONAUER | HANG & ASSOCIATES, PLLC |
|---|---|
| Attorneys for the Plaintiff | Attorneys for Defendants |
| By: /s/ Jacob Aronauer | By: /s/ Diana Y. Seo |
| Jacob Aronauer, Esq. | Diana Y. Seo, Esq. |
| 225 Broadway, 3rd Floor | 136-20 38th Ave., Suite 10G |
| New York, New York 10007 | Flushing, New York 11354 |
| Tel: 212-233-9238 | Tel: 718-353-8588 |

SO ORDERED.

**EXHIBIT B.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

Sandy Ruiz, on behalf of himself and all others similarly situated,

                          Plaintiff,

v.

Truffa Pizzeria & Wine Room Corp., d/b/a Cocina Chente Mexican Cuisine, and Moises Lopez Sr. Roma Lopez, and Juan Rosario, individually,

                          Defendants.

------------------------------------------------------------x

Case No.: 1:20-cv-08645-LJL

**AFFIDAVIT OF CONFESSION OF JUDGMENT BY ROMA LOPEZ and** TRUFFA PIZZERIA & WINE ROOM CORP. d/b/a COCINA MEXICAN CUISINE

STATE OF NEW YORK    )
                             )ss:
COUNTY OF QUEENS    )

Roma Lopez being duly sworn, deposes and states as follows:

1. I am an adult individual residing at __5456 Valles Ave. Bronx, NY 10471__ [address].

2. I am individually named as a Defendant in *Ruiz v. Truffa Pizzeria & Wine Room Corp. et al*, Civil Action No. Case No. 1:20-cv-08645-LJL filed in the United States District Court for Southern District of New York (the "Lawsuit").

3. I make this affidavit in support of Plaintiff's application for the entry of a judgment by confession against myself individually and Truffa Pizzeria & Wine Room Corp. d/b/a Cocina Chente Mexican Cuisine, in the sum of Fifty-Two Thousand and Five Hundred Dollars ($52,500), plus all costs and attorneys' fees incurred by Plaintiff in connection with any effort to enforce the confessed judgments less any payments made under the Agreement.

4. This confession of judgment is for a debt due to Plaintiff Sandy Ruiz (hereinafter "Plaintiff").

5. The facts out of which the debt arose and the sum confession due is set forth below:

6. On October 16, 2020, Sandy Ruiz, through his attorneys, The Law Offices of Jacob Aronauer, filed a Complaint against Defendants in the United States District Court for the Southern District of New York (the "Court") alleging claims under the Fair Labor Standards Act ("FLSA") and the New York Labor Law (the "NYLL"), 1:20-cv-08645-

LJL (the "Complaint").

7. In March 2021, the Plaintiff and Defendants executed a Settlement Agreement and Release, (the "Agreement").

8. The Agreement provides that Defendants will pay Plaintiff Sandy Ruiz in the total amount of Thirty-Five Thousand Dollars and No Cents ($35,000.00).

9. If Defendants fail to make payments as outlined in Paragraph 2, Plaintiff may, with notice or demand, except as noted below, declare the entire sum then unpaid immediately due or payable. To exercise this right, Plaintiff shall notify Defendants' Counsel Diana Y. Seo, Esq. and Jian Hang, Esq., Hang & Associates, PLLC, 136-20 38th Avenue, Suite 10G, Flushing, NY 11354, Tel: 718-353-6288, in writing of his intent to do so, and Defendants shall have fourteen (14) days to remedy their default.

10. If Defendants do not remedy the default within fourteen (14) days of Defendants' Counsel's receipt of such notice, I hereby authorize the entry of judgment against myself and Truffa Pizzeria & Wine Room Corp. D/B/A Cocina Chente Mexican Cuisine for the entire amount of Fifty-Two Thousand and Five Hundred Dollars ($52,500), plus all costs and attorneys' fees incurred by Plaintiff in connection with any effort to enforce the confessed judgments less any payments made under the Agreement.

11. I am represented by Counsel and have been fully advised in regard to this Agreement and Confession of Judgment.

12. I authorize entry of judgment in Bronx County, New York.

13. I hereby authorize this confessed judgment to be entered with the clerk of any court of competent jurisdiction.

Dated: 03/15/2021

_____
Roma Lopez, individually and on behalf of Truffa Pizzeria & Wine Room Corp.

Sworn to me this 15th day of March 2021

_____
Notary Public

GE QU
NOTARY PUBLIC-STATE OF NEW YORK
No. 02QU6399058
Qualified in Queens County
My Commission Expires 10-16-2023

11 of 11